**Order entered November 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-17-00770-CV

---

### DOW JONES & COMPANY, INC., Appellant

### V.

### HIGHLAND CAPITAL MANAGEMENT, L.P., AND PATRICK DAUGHERTY, Appellees

---

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

---

## ORDER

Before the Court is the November 13, 2017 motion of nonresident attorney Scott E. Gant for permission to participate pro hac vice. We **GRANT** the motion and **DIRECT** the Clerk of this Court to add Mr. Gant as counsel pro hac vice for appellee Highland Capital Management, L.P.

Also before the Court is the November 17, 2017 unopposed motion of appellee Highland Capital Management, L.P. for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 1, 2017**.

/s/   CRAIG STODDART
JUSTICE